IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TOOLA O. TAYLOR,
No. B-41154,

Petitioner,

vs.                                             Case No. 14-cv-00553-DRH

KIMBERLY BUTLER,

Respondent.

## JUDGMENT

This action came before the Court, Chief District Judge David R. Herndon, for preliminary consideration of petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed without prejudice for failure to exhaust.

**DATED**: June 3, 2014

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tanya Kelley
Deputy Clerk

Digitally signed by David R. Herndon
Date: 2014.06.03 21:55:09 -05'00'

APPROVED:
Chief Judge
United States District Court